IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 09-50722 |
| | ) | JUDGE SHEA-STONUM |
| GERALD L. ANDEXLER | ) | CHAPTER 7 |
| DELORES A. ANDEXLER | ) | |
| | ) | |
| DEBTORS | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

NORTH COAST INVESTIGATIONS          $5.10
P.O. BOX 99311
CLEVELAND, OH 44199

2. Trustee's check for $5.10, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: January 12, 2011

KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

ck #122
receipt #82055